882 F.2d 510
 Brock (Clara L.)
v.
Hunsicker (J. Freedley, Jr.), Drinker, Biddle and Reath,
Wusinich (Joseph F., III), Wusinich and Brogan, Kalemjian
(E. Craig), Lamb, Windle & McErlane, P.C., McCarthy (Justin
J.), Lamb (William H.), Galloway (David 'Skip'), Common
Pleas Court Chester County Courthouse, Lohr (Lawrence),
Mullett (Donald L.), Lincoln University, Quinn (John E.),
Reed, Smith, Shaw & McClay, Innamorato (Don A.), Owens
(James T.), Owens, D'Ambrosio & Nescio
 NO. 89-1223
 United States Court of Appeals,
Third Circuit.
 JUL 26, 1989
 
 Appeal From: E.D.Pa.,
 Newcomer, J.
 
 
 1
 AFFIRMED.